IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

Plaintiff
United States of America
v.

Case No: 14 cr 135-1,2

Judge Virginia M. Kendall

Defendant
Bills, O'Malley

### ORDER

(T:06)
Arraignments held. Defendants are informed of their rights. Defendant's enters a plea of not guilty as to all counts. Defendant's waive formal reading of the indictment. Rule 16 conference by 9/12/2014. Pretrial motions by 10/24/2014. Responses by 11/7/2014. Replies by 11/14/2014. Ruling will be made by mail. Status hearings set for 10/23/2014 @ 9:30 am. To set a two week trial date. Defendants are excused from attending the status hearing on 10/23/2014. Time is hereby excluded to 10/23/2014 pursuant to 18:3161(h)(7)(B)(iv), (h)(1)(D) X-T4, X-E.

Date: September 2, 2014                    /s/ Virginia M. Kendall